Case 2:25-cr-00016-HYJ-MV   ECF No. 12, PageID.21   Filed 10/03/25   Page 1 of 1

FILED - MQT
October 3, 2025 8:39 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: MLC  SCANNED BY: /s/ 10/3/25

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

**2:25-cr-16**
**Hala Y. Jarbou**
**Chief U.S. District Judge**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JEAN PIERRE ROBLES-OBLITAS,

    Defendant.
_____/

**FELONY INFORMATION**

The United States Attorney charges:

**Reentry of Removed Alien**

On or about September 19, 2025, in Alger County, in the Western District of Michigan, Northern Division, Defendant,

JEAN PIERRE ROBLES-OBLITAS,

an alien, was found in the United States after having been removed therefrom and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to return or reapply for admission to the United States.

8 U.S.C. § 1326(a)

TIMOTHY VERHEY
United States Attorney

Date: October 3, 2025

_/s/ T.D. Greeley_
THEODORE J. GREELEY
Assistant United States Attorney