UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,  　　　　　Case No. 2:25-cr-16

　　　　　Plaintiff,  　　　　　Hon. Hala Y. Jarbou
　　　　　　　　　　　　　　　　　　　Chief U.S. District Judge

v.

JEAN PIERRE ROBLES-OBLITAS,

　　　　　Defendant.
_____/

## REPORT AND RECOMMENDATION

Pursuant to W.D. Mich. LCrR 11.1, I conducted a plea hearing in this case on October 10, 2025, after receiving the written consent of Defendant and all counsel. At the hearing, Defendant Jean Pierre Robles-Oblitas entered a plea of guilty to the felony information which charges him with re-entry of removed alien, in violation of 8 U.S.C. § 1326(a).

On the basis of the record made at the hearing, I find:

1. that Defendant is fully capable and competent to enter an informed plea;

2. that the plea is made knowingly and with full understanding of each of the rights waived by Defendant;

3. that Defendant's guilty plea is made voluntarily and free from any force, threats, or promises;

4. that the Defendant understands the nature of the charge and penalties provided by law; and

5. that the plea has a sufficient basis in fact.

I therefore recommend that Defendant's plea of guilty be accepted and the court adjudicate Defendant guilty.

Acceptance of the plea, adjudication of guilt, and imposition of sentence are specifically reserved for the district judge.

Date:  October 10, 2025         /s/ *Maarten Vermaat*
                                MAARTEN VERMAAT
                                UNITED STATES MAGISTRATE JUDGE

**NOTICE TO PARTIES**

You have the right to *de novo* review of the foregoing findings by the district judge.  Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after the plea hearing.  *See* W.D. Mich. LCrR 11.1