UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 2:25-cr-16

JEAN PIERRE ROBLES-OBLITAS,

    Hon. Hala Y. Jarbou

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On October 10, 2025, Magistrate Judge Maarten Vermaat issued a Report and Recommendation recommending that Defendant's guilty plea as to the sole count of the Information be accepted. (R&R, ECF No. 19.) The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on October 24, 2025. Based on this, and on the Court's review of all matters of record, including the audio transcript of the plea proceedings,

**IT IS ORDERED** that:

1. The R&R (ECF No. 19) is **APPROVED** and **ADOPTED** as the opinion of the Court.

2. Defendant's plea of guilty is accepted and Defendant is adjudicated guilty of the charges set forth in the Information.

3. Defendant shall remain detained pending sentencing, now scheduled for **January 14, 2026**.

Dated: October 30, 2025                /s/ Hala Y. Jarbou
                                                      HALA Y. JARBOU
                                                      CHIEF UNITED STATES DISTRICT JUDGE